IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| C.Y., a minor, through his mother and next friend, CHERYL Y.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DEPARTMENT OF EDUCATION, STATE OF HAWAII,<br><br>　　　　Defendant.<br>_____ | CIVIL NO. 11-00335 JMS/KSC |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on December 29, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 25, 2012.



　　　　　　　　　　　　　　　　/s/ J. Michael Seabright
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　J. Michael Seabright
　　　　　　　　　　　　　　　　United States District Judge